FILED

07/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0557

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0557

STATE OF MONTANA,

 Plaintiff and Appellee,

v.

RAYMOND CLARK SMITH JR.,

 Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 7, 2020, within which to prepare, file, and serve his opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 2 2020

ORDER